IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-146-H
No. 5:14-CV-638-H

WILLIE LAZZLO HENDERSON,  )
    Petitioner,  )
                           )
    v.                      )        **ORDER**
                           )
UNITED STATES OF AMERICA,  )
    Respondent.  )

This matter is before the court on petitioner's amended motion to vacate under 28 U.S.C. § 2255, [D.E. #148], in light of Johnson v. United States, 576 U.S. __, 135 S.Ct. 2551 (2015). The government shall have **forty (40) days** to file a supplemental response, if any, to petitioner's amended motion. Petitioner shall have **fifteen (15) days** to file any reply to the government's response.

This 30th day of June, 2016.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#34