UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Willie Lazzlo Henderson**  Docket No. 5:11-CR-146-1H

### Petition for Action on Supervised Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Willie Lazzlo Henderson, who, upon an earlier plea of guilty to Possession of Firearm by Felon, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 15, 2012, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On December 6, 2016, the sentence associated with count 1, was reduced from 188 months to 66 months - Time served plus 1 week (to allow defendant time to secure residence) pursuant to 28 U.S.C. 2255. This reduction lowered the guideline range from 188 to 235 months, to 33 to 41 months.

Willie Lazzlo Henderson is set to be released from custody on December 13, 2016, at which time the term of supervised release will commence.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has no place to live and after multiple attempts, there is no stable housing resources for the defendant in Henderson, North Carolina. Our goal is to provide a public law placement in the halfway house for up to 60 days in order the defendant to obtain employment, save his earnings and explore securing suitable housing. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 60 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

   Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Jeffrey L. Keller | /s/ Amir A. Hunter |
| Jeffrey L. Keller | Amir A. Hunter |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919.861.8663 |
| | Executed On: December 08, 2016 |

## ORDER OF THE COURT

Considered and ordered this 12th_ day of December, 2016, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge